UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PABLO ENRIQUE URIBE, | § | |
| | § | |
|     Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-133 |
| | § | |
| FEDERAL BORDER PATROL CENTER | § | |
| OF ZAPATA COUNTY, *et al*, | § | |
| | § | |
|     Defendants. | § | |

## **OPINION AND ORDER OF TRANSFER**

This is a civil rights action filed by a Pablo Enrique Uribe. Plaintiff is currently incarcerated at the Beeville County Jail in Beeville, Texas, which is located in Bee County. In his complaint, Plaintiff asserts he was unlawfully detained at a U.S. Border Patrol station in Zapata County. (D.E. 1).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, the events about which Plaintiff complains occurred in Zapata County, Texas. None of the Defendants reside or are found in the Corpus Christi Division of the Southern District of Texas. Zapata County lies within the Laredo Division of the Southern District of Texas. 28 U.S.C. § 124(b)(3). Therefore, the interests of justice would be served by a transfer to the Laredo Division of the Southern District of Texas. Accordingly, it is **ORDERED** that this case be transferred to the United States District Court for the Southern District of Texas, Laredo Division. All pending motions are **DENIED as moot** subject to re-filing after the case is transferred. The Clerk of Court is directed to **CLOSE** this case.

ORDERED this 6th day of July, 2021.

_Jason Libby_
Jason B. Libby
United States Magistrate Judge